UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>MARIO PIZANO,<br><br>        Defendant. | No. 2:17-cv-1655 TLN DB<br><br><br>ORDER |

On March 19, 2020, the undersigned issued an order continuing a judgment debtor examination in this action to June 5, 2020.  (ECF No. 22.)  Pursuant to that order, plaintiff/judgment creditor was to serve a copy of the March 19, 2020 order on the judgment debtor and file proof of such service.  No proof of service, however, has been filed.

Accordingly, IT IS HEREBY ORDERED that the June 5, 2020 judgment debtor examination is vacated without prejudice to renewal.

Dated:  May 28, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\johnson1655.jde.vacate.ord

1